# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

PAMELA WINDROW ISLAM  
        Plaintiff,

V.

CITY OF BRIDGETON, et al.  
        Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 08-cv-01844(JBS)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

**IT IS ORDERED that the application is:**

☐ **GRANTED, and**

    ☐ The clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED, for the following reasons:**

_____

_____

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order ro reopen the case.

ENTER this _____ day of _____, 20__

_____  
Signature of Judicial Officer

**Hon. Jerome B. Simandle**  
Name and Title of Judicial Officer