# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

PAMELA WINDROW ISLAM
        Plaintiff,

V.

CITY OF BRIDGETON, et al.
        Defendant.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 08-cv-01844(JBS)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED, and

☑ The clerk is directed to file the complaint, and

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:
_____
_____

☐ and the Clerk is directed to close the file.

~~Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.~~

ENTER this ___25th___ day of __April__, 20_08_

_____
Signature of Judicial Officer

Hon. Jerome B. Simandle
Name and Title of Judicial Officer