```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| PAMELA WINDROW ISLAM,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF BRIDGETON, et al.,<br><br>         Defendants. | Civil No. 08-1844 (JBS/AMD) |

**SCHEDULING ORDER**

      This Scheduling Order sets forth the following directives:

      IT IS this **22nd** day of **January 2010**, hereby **ORDERED**:

      1.  The Court will conduct a telephone status conference on **January 27, 2010 at 9:45 A.M.**.  Counsel for plaintiff shall initiate the telephone call.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER** F<small>ED</small>. R. C<small>IV</small>. P. **16(f)**.

                                                s/ Ann Marie Donio
                                                ANN MARIE DONIO
                                                United States Magistrate Judge

cc:  Hon. Jerome B. Simandle