```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| PAMELA WINDROW ISLAM,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF BRIDGETON, et al.,<br><br>       Defendants. | Civil No. 08-1844 (JBS/AMD) |

### AMENDED SCHEDULING ORDER

      This Scheduling Order confirms the directives given to counsel during the telephone status conference held on May 12, 2010; and the Court noting the following appearances: Lilia Londar, Esquire, appearing on behalf of plaintiff; Elaine C. Schwartz, Deputy Attorney General, appearing on behalf of Douglas VanSant; and Robert V. Fodera, Esquire, appearing on behalf of defendants City of Bridgeton and James Shrader; and for good cause shown:

      IT IS this **12th** day of **May 2010**, hereby **ORDERED**:

      1.  **Dispositive Motions**.  Dispositive motions shall be filed with the Clerk of the Court no later than **June 25, 2010**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

      2.  The Final Pretrial Conference on **October 1, 2010 at 10:30 A.M.** shall remain.  The form Joint Final Pretrial Order (original and two copies for the court, with sufficient copies for all counsel), as signed by all counsel, shall be delivered to the Court at the conference.  The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel not later than **September 10, 2010**.  Defendants' portion of the proposed order shall be prepared and returned to counsel for plaintiff not later than **September 24, 2010. FAILURE TO APPEAR AT THIS CONFERENCE WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS.**

**TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.** F<small>ED</small>. R. C<small>IV</small>. P. 16(d).

      3. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under F<small>ED</small>. R. C<small>IV</small>. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER** F<small>ED</small>. R. C<small>IV</small>. P. 16(f).

                                      s/ Ann Marie Donio
                                      ANN MARIE DONIO
                                      United States Magistrate Judge

cc:  Hon. Jerome B. Simandle