RICHARD DIETERLY
JAMES H. KNOX
RICHARD P. CUSHING
MARK H. CHAZIN △
WILLIAM W. GOODWIN, JR. ∗
SHARON HANDROCK MOORE •
ROBERT C. WARD, JR.
JOHN G. MANFREDA +
JACOB A. PAPAY, JR. ▫
JOSEPH F. TRINITY ✦
WILLIAM J. RUDNIK ▫ ∗
STEVEN D. FARSIOU ▫
JUDITH A. KOPEN ▫
LORI KOPP MACWILLIAM △
DEBORAH B. ROSENTHAL ▫
ARTHUR D. FIALK
CYNTHIA R. RICHARDS ✦
LESLIE A. PARIKH ▼
ROBERT V. FODERA ▼
SUSAN M. FLYNN
LORRAINE C. STAPLES
DIANA N. FREDERICKS ▼

*Founded 1884*

# GEBHARDT & KIEFER

A PROFESSIONAL CORPORATION

LAW   OFFICES

1318 ROUTE 31
PO BOX 4001 · CLINTON, NJ 08809-4001

TELEPHONE (908) 735-5161
FACSIMILE (908) 735-9351
WWW.GKLEGAL.COM

SOMERSET COUNTY OFFICE
1170 ROUTE 22 EAST · BRIDGEWATER, NJ 08807
TELEPHONE (908) 725-5157

WILLIAM C. GEBHARDT
1884-1929
W. READING GEBHARDT
1919-1980
PHILIP R. GEBHARDT
1924-1986
E. HERBERT KIEFER
1933-1988

∗   ALSO MEMBER OF CA BAR
+   ALSO MEMBER OF MA BAR
▫   ALSO MEMBER OF MN BAR
‡‡  ALSO MEMBER OF PA BAR
△   ALSO MEMBER OF NY AND PA BARS
▼   ALSO MEMBER OF NY BAR

✦   CERTIFIED BY THE SUPREME COURT OF NJ AS A MATRIMONIAL LAW ATTORNEY

✦   CERTIFIED BY THE SUPREME COURT OF NJ AS A CIVIL TRIAL ATTORNEY

REPLY TO CLINTON, NJ

June 22, 2010

The Honorable Ann Marie Donio, U.S.M.J.
United States District Court
United States District Court, Dist. of NJ
Mitchell H. Cohen Court House
1 John F. Gerry Plaza
Camden, NJ  08101

    **RE:**    **Pamela Winrow Islam vs. City of Bridgeton, et al**
            **Federal Case Number: 1:08-CV-01844 (JBS-AMD)**

Dear Magistrate Judge Donio:

    We represent Defendants, City of Bridgeton and Officer James Shrader ("Bridgeton Defendants") with regard to the above captioned matter. In accordance with Your Honor's order of May 12, 2010, all parties are to file dispositive motion by Friday, June 25, 2010. Due to a family illness, the Bridgeton Defendants need additional time to prepare a motion for summary judgment in this matter. This letter is to respectfully request a seven (7) day extension so that all parties may file their respective dispositive motions by Friday, July 2, 2010. Plaintiff does not consent to this request, but counsel for Defendant, Van Sant does consent to this request.

    Thank you for Your Honor's consideration of this request.

                                             Respectfully submitted,

                                             / s /

                                             ROBERT V. FODERA

cc:    Lilia Londar, Esq. (via fax only)
        Elaine E. Schwartz, DAG (via fax only)

So Ordered this 23rd day of
June, 2010

Ann Marie Donio, USMJ