IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAMELA WINDROW ISLAM,[1] | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 08-1844 (JBS/AMD) |
| v. | |
| CITY OF BRIDGETON, et al., | **ORDER** |
| Defendant. | |

This matter having come before the Court upon Defendant Van Sant's motion to dismiss or for summary judgment [Docket Item 37];[2] the Court having considered Defendant's arguments in support thereof and Plaintiff's arguments in opposition thereto; for the reasons expressed in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**4th**__ day of **August, 2010** hereby

ORDERED that Defendant's motion is **DENIED.**

                                            **s/ Jerome B. Simandle**
                                            Jerome B. Simandle
                                            United States District Judge

---

[1] The Court requests that the Clerk revise the docket to correctly state the Plaintiff's name as "Pamela Winrow Islam."

[2] The Clerk should also revise the docket to correctly state the Defendant's name as "Doug VanSant."