```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| PAMELA WINDROW ISLAM,  :  | HON. JEROME B. SIMANDLE |
| Plaintiff,  :  | Civil No. 08-1844 (JBS/AMD) |
| v.  :  | |
| CITY OF BRIDGETON, et al.  :  | **ORDER** |
| Defendant.  :  | |

This matter having come before the Court upon on two motions for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure filed by the Defendants James Shrader and the City of Bridgeton [Docket Item 52], and Defendant Douglas Van Sant [Docket Item 53]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **28th** day of **March, 2011** hereby

ORDERED that the motion of Defendants James Shrader and the City of Bridgeton [Docket Item 52] is **GRANTED** as to all claims against the City of Bridgeton, and **GRANTED IN PART** as to the New Jersey Law Against Discrimination claim against Shrader, and the motion is otherwise **DENIED**; and it is further

ORDERED that the motion of Defendant Douglas Van Sant is **GRANTED IN PART** as to Plaintiff's false arrest, malicious

prosecution, due process, and right to a license claims, as well as Plaintiff's claim for injunctive relief under state law, but otherwise **DENIED**; and it is further

ORDERED that counsel for the remaining parties shall appear for their Final Pretrial Conference before the Hon. Ann Marie Donio, U.S.M.J., on April 18, 2011 at 12:00 noon.

                                       **s/ Jerome B. Simandle**
                                       JEROME B. SIMANDLE
                                       United States District Judge