IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE

| | |
|---|---|
| PAMELA WINDROW ISLAM,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF BRIDGETON, et al.,<br><br>        Defendants. | Civil No. 08-1844 (JBS/AMD) |

### ORDER ON INFORMAL APPLICATION

   This Matter having come before the Court during a telephone status conference on April 20, 2011, with Lilia Londar, Esquire, appearing on behalf of plaintiff; Robert V. Fodera, Esquire, appearing on behalf of defendant City of Bridgeton; and Elaine C. Schwartz, DAG, appearing on behalf of Defendant Doug Van Sant; and for good cause shown:

   IT IS this **21st** day of **April 2011**, hereby **ORDERED**:

   1.  As set forth on the record, the Final Pretrial Conference and a Settlement Conference will be conducted on **May 9, 2011 at 10:30 A.M.**. Clients with settlement authority shall be available via telephone.

   The form Joint Final Pretrial Order (original and two copies for the court, with sufficient copies for all counsel), as signed by all counsel, shall be delivered to the Court at the conference. The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel not later than **April 27, 2011.** Defendants' portion of the proposed order shall be prepared and returned to counsel for plaintiff not later than **May 6, 2011.** **TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.** FED. R. CIV. P. 16(d).

                                   s/ Ann Marie Donio
                                   ANN MARIE DONIO
                                   United States Magistrate Judge

cc:  Hon. Jerome B. Simandle