```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| PAMELA WINDROW ISLAM, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 08-1844 (JBS/AMD) |
| v. | |
| CITY OF BRIDGETON, et al. | **ORDER** |
| Defendant. | |

This matter having come before the Court on motions for reconsideration filed by both sets of Defendants [Docket Items 74 & 75], urging the Court to reconsider its Opinion and Order of March 28, 2011 [Docket Items 68 & 69]; the Court having considered the submissions of the parties; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**9th**__ day of **May, 2011** hereby

ORDERED that Defendants' motions are **DENIED**.

                                               **s/ Jerome B. Simandle**
                                               JEROME B. SIMANDLE
                                               United States District Judge