IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| PAMELA WINDROW ISLAM,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF BRIDGETON, et al.,<br><br>         Defendants. | Civil No. 08-1844 (JBS/AMD) |

**ORDER ON INFORMAL APPLICATION**

This Matter having come before the Court during a settlement conference held on May 9, 2011; and the Court noting the following appearances: Lilia Londar, Esquire, appearing on behalf of plaintiff; Robert V. Fodera, Esquire, appearing on behalf defendant James Schrader; and Elaine C. Schwartz, DAG, and Christopher Edwards, DAG, appearing on behalf of defendant Doug VanSant; and the parties consenting to staying this matter pending an application for substitution of a party; and for good cause shown:

IT IS this **13th** day of **May 2011**, hereby

**ORDERED** that this matter shall be, and hereby is, administratively terminated pending a motion to substitute a party pursuant to FED. R. CIV. P. 25 in connection with the death of defendant James Schrader; and it is further

**ORDERED** that the parties shall appear for a telephone status conference on **June 9, 2011 at 12:00 Noon**.  Counsel for plaintiff shall initiate the telephone call.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc:  Hon. Jerome B. Simandle