[Doc. No. 89]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| PAMELA WINDROW ISLAM,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BRIDGETON, et al.,<br><br>        Defendants. | Civil No. 08-1844 (JBS/AMD) |

### ORDER

THIS MATTER having come before the Court by way of motion of Robert V. Fodera, Esq., of Gebhardt & Kiefer, P.C., attorneys for Defendants, City of Bridgeton and Donna W. Shrader as Executrix of the Estate of James Shrader, deceased, for an Order to substitute a personal representative for deceased party Defendant James Shrader [Doc. Entry No. 89]; and the Court having considered the submissions; and the parties having addressed the substitution at the settlement conference held on May 9, 2011; and for good cause shown:

IT IS this **1st** day of **June 2011**, hereby

**ORDERED** that the motion for substitution [Doc. Entry No. 89] shall be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Donna W. Shrader as Executrix of the Estate of James Shrader, deceased, is authorized to proceed in this matter

to the same effect as if the action originally had been instituted against her in her capacity as Executrix of the Estate; and it is further

      **ORDERED** that all subsequent pleadings in this cause shall reflect the substitution of parties as set forth herein.

                                            s/ Ann Marie Donio  
                                            ANN MARIE DONIO  
                                            United States Magistrate Judge

cc:  Hon. Jerome B. Simandle