THE WILLIAM H. BUCKMAN LAW FIRM
110 Marter Avenue, Suite 209
Moorestown, NJ 08054
856-608-9797
Attorneys for Plaintiff, Pamela Winrow Islam

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| PAMELA WINROW ISLAM | Case No. 08-cv-01844 (JBS-AMD) |
| Plaintiff, | |
| | **CIVIL ACTION** |
| v. | |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN THE PLAINTIFF AND DEFENDANTS, CITY OF BRIDGETON AND OFFICER JAMES SHRADER (DECEASED)** |
| CITY OF BRIDGETON, ET AL. | |
| Defendants | |

The parties hereto, through their undersigned counsel, hereby stipulate, Consent and Agree that the within matter is dismissed with prejudice and without costs to either party:

ROBERT FODERA, ESQ.          WILLIAM H. BUCKMAN, ESQ.
Gebhardt & Kiefer            The William H. Buckman Law Firm
1318 ROUTE 31                110 Marter Ave., Suite 209
P.O. BOX 4001                Moorestown, NJ 08057
Clinton , NJ 08809           Attorney for Plaintiff,
Attorney for Defendants      Pamela Winrow Islam
City of Bridgeton
Officer James Shrader
     (Deceased)

BY: _____    BY: _____

Dated: 8/9/11                     Dated: 7/27/11


**SO ORDERED:**

_____
JEROME B. SIMANDLE, U.S.D.J.