THE WILLIAM H. BUCKMAN LAW FIRM
110 Marter Avenue, Suite 209
Moorestown, NJ 08054
856-608-9797
Attorneys for Plaintiff, Pamela Winrow Islam

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| PAMELA WINROW ISLAM : | |
| : | Case No. 08-cv-01844 (JBS-AMD) |
| Plaintiff, : | |
| : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| : | STIPULATION OF DISMISSAL WITH |
| CITY OF BRIDGETON, ET AL. : | PREJUDICE BETWEEN THE PLAINTIFF |
| : | AND DEFENDANT, DOUGLAS VAN SANT |
| Defendants : | |

The parties hereto, through their undersigned counsel, hereby stipulate, Consent and Agree that the within matter is dismissed with prejudice and without costs to either party:

ELAINE SCHWARTZ, ESQ.
Office of the Attorney General
Division of Law
Deputy Attorney General
Richard J. Hughes Justice
Complex - Room 114
Trenton, NJ 08625
Attorney for Defendant,
Douglas VanSant

BY: _____

Dated: 8/17/11

WILLIAM H. BUCKMAN, ESQ.
The William H. Buckman Law Firm
110 Marter Ave., Suite 209
Moorestown, NJ 08057
Attorney for Plaintiff,
Pamela Winrow Islam

BY: _____

Dated: 8/18/11

SO ORDERED:

_____
JEROME B. SIMANDLE, U.S.D.J.